THE STATE v. DOWNS.

APPEAL from the *White* Circuit Court.   *Monday, December 8.*
*Per Curiam.*—The judgment in this case is affirmed

for the reasons given in a case between the same parties at the present term; the points made in each case being similar (1).

     *L. Reilly*, for the State.

(1) *Ante* 42. Another case between the same parties was this day affirmed for the same reasons.